Monte J. White and Associates, P.C.
Monte J. White
1106 Brook Ave, Hamilton Place
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | |
|---|---|
| IN RE: | |
| Robert Lee Alcala | § |
| | § CASE NO. 12-10185-RLJ-13 |
| | § |
| DEBTOR | § |
| | § |

MOTION TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

The Petitioner herein would respectfully show unto the Court:

NOW COMES Robert Lee Alcala, DEBTOR, and requests an Order Vacating the Dismissal Order and Reinstating the above referenced Chapter 13 case effective on the dismissal date, and would show the Court the following:

1. Debtor filed his voluntary Chapter 13 bankruptcy petition on June 21, 2012.
2. The Trustee filed a Motion to Dismiss for the Debtor's default in payments. The hearing on this Motion was set for Wednesday, May 1, 2013.
3. The Debtor entered into an Interlocutory Order with the Trustee's office to cure the plan arrearages.
4. An Order Dismissing the Case was entered with this Court on October 23, 2013, for failure to make required plan payments.
5. Debtor is prepared to make all payments required to be current under the most recent proposed preliminary Chapter 13 plan upon entry of an Order Vacating the Dismissal Order and Reinstating Chapter 13 Case.

**WHEREFORE, PREMISES CONSIDERED** Debtor, Robert Lee Alcala, prays that this Court vacates the dismissal order and reinstates this case effective October 23, 2013.

Respectfully submitted,

/s/Monte J. White, Attorney for Debtor

CERTIFICATE OF CONFERENCE

The undersigned hereby certifies that on October 30, 2013, I contacted the office of the Chapter 13 Trustee and was advised that the Trustee

☑ does not oppose the motion

☐ opposes the continuation and requests hearing on the matter.

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on October 30, 2013, a true and correct copy of the foregoing was served on all parties in interest listed on the attached matrix.

/s/Monte J. White
Attorney for Debtor

Label Matrix for local noticing
0539-1
Case 12-10185-rlj13
Northern District of Texas
Abilene
Wed Oct 30 14:49:58 CDT 2013

United States Trustee
1100 Commerce Street
Room 976
Dallas, TX 75242-0996

306 Federal Building
1205 Texas Avenue
Lubbock, TX 79401-4037

Capital One Bank
11013 W. Broad ST
Glen Allen, VA 23060-6017

CitiFinancial, Inc
P.O. Box 6042
Sioux Falls, SD 57117-6042

Fingerhut
16 McLeland Rd.
St. Cloud, MN 56303-2198

First National Bank
111 S Munday Ave
Munday, TX 76371-2157

Internal Revenue Service
1100 Commerce
MC 5029 DAL
Dallas, TX 75242-1100

(p)INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OPERATIONS
PO BOX 7346
PHILADELPHIA PA 19101-7346

KNOX CO,HOS,DD,MUNDAY CITY,CISD,NCT & ROL PL
CO PERDUE BRANDON FIELDER COLLINS & MOT
PO BOX 8188
WICHITA FALLS TX 76307-8188

Knox County Tax Appraisal
P.O. Box 47
Benjamin, Tx 79505-0047

Knox county Hospital District
P.O. Box 608
Knox City, TX 79529-0608

Midland Funding LLC
by American InfoSource LP as agent
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

Midland Funding LLC by American InfoSource L
Attn: Department 1
PO Box 4457
Houston, TX 77210-4457

Monte J. White & Associates, P.C.
402 Cypress, Suite 310
Abilene, TX 79601-5151

Onemain Fi
Po Box 499
Hanover, MD 21076-0499

Paramount Recovery
Attn: Bankruptcy
PO Box 788
Lorina, TX 76655-0788

(p)PORTFOLIO RECOVERY ASSOCIATES LLC
PO BOX 41067
NORFOLK VA 23541-1067

Radiology Associates of Abilene
PO Box 2898
Abilene, TX 79604-2898

Robert Lee Alcala
P.O. Box 93
Munday, TX 76371-0093

Seventh Avenue Ginnys
1112 7th Ave
Monroe, WI 53566-1364

Texas Workforce Commission
P.O. Box 149352
Austin, TX 78714-9352

Verizon Wireless
PO BOX 3397
Bloomington, IL 61702-3397

Verizon Wireless
Verizon Wireless Department-Attn: Bankru
PO Box 3397
Bloomington, IL 61702-3397

West Central Tx Coll B
1007 W Illinois Ave
Midland, TX 79701-6155

Pamela Jean Chaney
Monte J. White & Associates, P.C.
American State Building
402 Cypress, Ste. 310
Abilene, TX 79601-5151

Robert Lee Alcala
9304 Colorado St.
Joshua, TX 76058-4232

Walter 12,13 OCheskey
6308 Iola Avenue
Lubbock, TX 79424-2735

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

Internal Revenue Service
PO Box 21126
Philadelphia, PA 19114

Portfolio Rc
Attn: Bankruptcy
PO Box 41067
Norfolk, VA 23541

(d)Portfolio Recovery Associates, LLC
CO Capital One Bank, N.a.
POB 41067
Norfolk VA 23541

End of Label Matrix
Mailable recipients 27
Bypassed recipients 0
Total 27