Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Avenue
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE: | § | |
| | § | |
| Robert Lee Alcala | § | CASE NO. 12-10185-RLJ-13 |
| | § | |
| | § | Hearing on December 4, 2013 |
| | § | 11:00 AM |

NOTICE OF HEARING ON Motion to Vacate Dismissal Order

COMES NOW Robert Lee Alcala, Debtor, and files this Notice of Hearing. Attorney for Debtor hereby notifies that hearing on Motion to Vacate Dismissal Order is hereby set to be heard before the Honorable Judge Robert L. Jones, at 11:00 AM, December 4, 2013, in the United States Bankruptcy Court, Room 2201, U.S. Courthouse, 3rd and Pine Street, Abilene, Texas, 79604.

CERTIFICATE OF SERVICE

The undersigned hereby certified that on October 30, 2013 a true and correct copy of the foregoing was served on all parties in interest on the mailing matrix by ECF and/or regular mail:

/s/Monte J. White, Attorney for Debtor(s)

| | | |
|---|---|---|
| Label Matrix for local noticing<br>0539-1<br>Case 12-10185-rlj13<br>Northern District of Texas<br>Abilene<br>Wed Oct 30 14:49:58 CDT 2013 | United States Trustee<br>1100 Commerce Street<br>Room 976<br>Dallas, TX 75242-0996 | 306 Federal Building<br>1205 Texas Avenue<br>Lubbock, TX 79401-4037 |
| Capital One Bank<br>11013 W. Broad ST<br>Glen Allen, VA 23060-6017 | CitiFinancial, Inc<br>P.O. Box 6042<br>Sioux Falls, SD 57117-6042 | Fingerhut<br>16 McLeland Rd.<br>St. Cloud, MN 56303-2198 |
| First National Bank<br>111 S Munday Ave<br>Munday, TX 76371-2157 | Internal Revenue Service<br>1100 Commerce<br>MC 5029 DAL<br>Dallas, TX 75242-1100 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 |
| KNOX CO,HOS,DD,MUNDAY CITY,CISD,NCT & ROL PL<br>CO PERDUE BRANDON FIELDER COLLINS & MOT<br>PO BOX 8188<br>WICHITA FALLS TX 76307-8188 | Knox County Tax Appraisal<br>P.O. Box 47<br>Benjamin, Tx 79505-0047 | Knox county Hospital District<br>P.O. Box 608<br>Knox City, TX 79529-0608 |
| Midland Funding LLC<br>by American InfoSource LP as agent<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | Midland Funding LLC by American InfoSource L<br>Attn: Department 1<br>PO Box 4457<br>Houston, TX 77210-4457 | Monte J. White & Associates, P.C.<br>402 Cypress, Suite 310<br>Abilene, TX 79601-5151 |
| Onemain Fi<br>Po Box 499<br>Hanover, MD 21076-0499 | Paramount Recovery<br>Attn: Bankruptcy<br>PO Box 788<br>Lorina, TX 76655-0788 | (p)PORTFOLIO RECOVERY ASSOCIATES LLC<br>PO BOX 41067<br>NORFOLK VA 23541-1067 |
| Radiology Associates of Abilene<br>PO Box 2898<br>Abilene, TX 79604-2898 | Robert Lee Alcala<br>P.O. Box 93<br>Munday, TX 76371-0093 | Seventh Avenue Ginnys<br>1112 7th Ave<br>Monroe, WI 53566-1364 |
| Texas Workforce Commission<br>P.O. Box 149352<br>Austin, TX 78714-9352 | Verizon Wireless<br>PO BOX 3397<br>Bloomington, IL 61702-3397 | Verizon Wireless<br>Verizon Wireless Department-Attn: Bankru<br>PO Box 3397<br>Bloomington, IL 61702-3397 |
| West Central Tx Coll B<br>1007 W Illinois Ave<br>Midland, TX 79701-6155 | Pamela Jean Chaney<br>Monte J. White & Associates, P.C.<br>American State Building<br>402 Cypress, Ste. 310<br>Abilene, TX 79601-5151 | Robert Lee Alcala<br>9304 Colorado St.<br>Joshua, TX 76058-4232 |
| Walter 12,13 OCheskey<br>6308 Iola Avenue<br>Lubbock, TX 79424-2735 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified
by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Internal Revenue Service              Portfolio Rc                     (d)Portfolio Recovery Associates, LLC
PO Box 21126                          Attn: Bankruptcy                    CO Capital One Bank, N.a.
Philadelphia, PA 19114                PO Box 41067                        POB 41067
                                      Norfolk, VA 23541                   Norfolk VA 23541


End of Label Matrix
Mailable recipients    27
Bypassed recipients     0
Total                  27
```