

**U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

**Signed December 10, 2013**

**United States Bankruptcy Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
ABILENE DIVISION

| | | |
|---|---|---|
| IN RE:<br>Robert Lee Alcala<br><br>DEBTOR | §<br>§<br>§<br>§ | CASE NO. 12-10185-RLJ-13<br><br>Chapter 13 |

### ORDER TO VACATE DISMISSAL ORDER AND REINSTATE CHAPTER 13 CASE

On this day came on to be heard Debtor's Motion to Vacate Dismissal Order and Reinstate Chapter 13 Case. After reviewing the pleadings and/or arguments of counsel, the Court finds the Dismissal Order should be vacated and Debtor's Chapter 13 case should be reinstated.

IT IS THEREFORE, ORDERED, DECREED AND ADJUDGED, that the Order Dismissing Chapter 13 Case is vacated, and that the Debtor's Chapter 13 Case is reinstated effective October 23, 2013.

# # # END OF ORDER # # #

PREPARED BY:
Monte J. White & Associates, P.C.
Monte J. White
1106 Brook Ave
Wichita Falls, TX 76301
(940)723-0099
(940)723-0096 Fax
legal@montejwhite.com